# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES CLAWSON, Sr.,<br><br>　　　　*Defendant-Appellant*. | Case No. 22-4172<br><br>*Associated Case No. 22-4141* |

### APPELLANT'S UNOPPOSED MOTION FOR LEAVE
### TO FILE AN OVERSIZED JOINT APPENDIX

Appellant, through counsel, respectfully moves this Court to allow the filing of an oversized joint appendix. In support thereof, he states the following:

Local Rule 32(a) provides in relevant part: "No joint appendix in a court-appointed case should exceed 500 pages without advance permission from the Court; unless such permission is granted, reimbursement of copy expenses will be limited to 500 pages" 4th Cir. R. 32 (Form of Briefs, Appendices, and Other Papers). Undersigned counsel was appointed to represent Appellant pursuant to the Criminal Justice Act.

Undersigned counsel, as well as counsel for the government, spent considerable time identifying pertinent designations for the joint appendix in this case. Given the nature of the case and the issues raised, the parties came to an

agreement as to the contents of the joint appendix. The contents of the joint appendix totals 1,222 pages.

Appellant submits that all pages in the joint appendix are necessary for each party to be able to adequately discuss the issues with appropriate references to the record. Counsel for Appellant has consulted with counsel for Appellee and Appellee does not oppose this motion.

Appellant therefore requests that he be allowed to file an oversized joint appendix.

Respectfully Submitted,

JAMES CLAWSON, SR.,
By Counsel

_____/s/_____
Nina J. Ginsberg, VSB # 19472
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
(703) 684-4333 (T)
(703) 548-3181 (F)
nginsberg@dimuro.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served upon all counsel of record via the Court's CM/ECF System on this 2nd day of June 2022.

_____/s/_____
Nina J. Ginsberg, VSB # 19472